**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

GREGORY B. BEHR                                                                PLAINTIFF
# 2200000697

V.                              CASE NO. 4:23-cv-00761-JM-JTR

KATHREN SCHULER, Jail
Administrator, Dallas County
Detention Center, *et al.*                                          DEFENDANTS

## <u>JUDGMENT</u>

Consistent with the Order entered separately today, this case is dismissed without

prejudice. All relief sought is denied, and the case is closed.

DATED this 3rd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE